848 F.2d 187
 Woodliff (Lewis A.), Williams (Joseph, Jr.), Haughie
(Robert), Knick (Frederick), McCoy (Charles),
Chambers (Henry), Williams (James)
v.
Collins (George), Lally (Robert), Sachs (Stephen), Smith
(Bernard), Hopkins (Arnold), Guenze (Clarence), Anderson
(William), Hands (Sgt.), Brown (Peguese), Shahinian (Lt.
Thomas), Hall (P.), Galley (J.P.), Dorsey (L.H.), Schupple
(P.P.), Noel (C.), Classification Dept., Md. Pen., Tillman
(Rev.), Recreation Dept., Md. Pen., All Dietary Staff
 NO. 87-7294
 United States Court of Appeals,
Fourth Circuit.
 MAY 24, 1988
 
 1
 Appeal From: D.Md.
 
 
 2
 REMANDED.